**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

SYLVESTER RASHAD HAYS,

      Plaintiff,

      v.

DEPUTY VICKERS, MEGAN BUCKLES,
MS. R. THOMPSON, BEVERLY PRINCE-
WHITE, and KENNY THOMPSON,

      Defendants.

CIVIL ACTION NO.: 6:25-cv-13

## <ins>O R D E R</ins>

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendants' Motions to Dismiss and to dismiss without prejudice Plaintiff's Complaint based on his failure to follow this Court's Orders and failure to prosecute. Doc. 34. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See <ins>Macort v. Prem, Inc.</ins>, 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Defendants' Motions to Dismiss, docs. 19, 27, and **DISMISS without prejudice** Plaintiff's Complaint, doc. 1, for failure to follow this Court's Orders and failure to prosecute. I **DIRECT** the Clerk of Court to **CLOSE** this case

and enter the appropriate judgment of dismissal and **DENY** Plaintiff leave to appeal *in forma pauperis*.

    **SO ORDERED**, this 2nd day of April, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2